# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00428-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. UMBERTO LUNA-SOTO,
    a/k/a Carlos Roberto Lopez-Castillo,

    Defendant.

## MINUTE ORDER[1]

    Due to an oversight in resetting the sentencing hearing, the date of May 2, 2013, does not provide the probation department enough time to prepare and submit the presentence report. Therefore, the sentencing hearing of May 2, 2013, should be vacated and reset.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the sentencing hearing set for May 2, 2013, is **VACATED** and is **CONTINUED** pending further order of court;

    2. That on **April 18, 2013**, commencing at 9:00 a.m., the court shall conduct a further telephonic setting conference to reset the sentencing hearing in this matter; and

    3. That the court shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.